IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                       No. CIV S-11-1337 DAD PS

      v.

SUNG KYUN PARK, et al.,          ORDER

      Defendants.

_____/

      This matter came before the court on October 14, 2011, for a status (pretrial scheduling) conference. Scott Johnson, proceeding pro se, appeared on his own behalf. Defendant Sung Kyun Park, proceeding pro se, appeared on his own behalf. Defendant Sung Jae Park, proceeding pro se, appeared on her own behalf. Defendant Robert J. Gabbay, proceeding pro se, appeared telephonically on his own behalf. Having considered the status reports on file, and after hearing from the parties, IT IS HEREBY ORDERED that:

      1. Pursuant to the parties' agreement in open court, an early settlement conference is set before Magistrate Judge Carolyn K. Delaney on Tuesday, November 1, 2011, at 9:00 a.m. in Courtroom 26. Each of the parties shall personally attend that early settlement conference;

/////

      2. The parties shall submit confidential settlement conference statements no later than October 28, 2011;

      3. In their settlement conference statements the parties are ordered to address how they believe this matter should be resolved and on what terms they believe they may be willing to settle this matter. In their statements, defendants should address what repairs, if any, they believe are necessary to bring the subject property into compliance with the ADA and state laws regarding disabled access;

      4. A further status (pretrial scheduling) conference is set for Thursday, November 10, 2011, at 10:00 a.m. in Courtroom 27 before the undersigned;

      5. No deadlines in this litigation, including the setting of a deadline for the filing of an answer by each defendant, will be set pending completion of the early settlement conference. If the case does not settle, scheduling will be addressed at the November 10, 2011, further status (pretrial scheduling) conference before the undersigned; and

      6. The Clerk of the Court is directed to serve a copy of this order upon the courtroom deputy for Magistrate Judge Carolyn K. Delaney.

DATED: October 17, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
johnson1337.oah.101411