SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                ) Case No. **2:11-cv-01337-DAD**
                                 )
         Plaintiff,              )
                                 )
     vs.                         )
                                 )
Sung Kyun Park, et al,           ) **ORDER**
                                 )
         Defendants              )

Plaintiff has requested the voluntary dismissal of this action without prejudice as to defendants Sung Kyun Park and Sung Jae Park only.  That request will be granted. Accordingly, IT IS HEREBY ORDERED THAT Defendants Sung Kyun Park; Sung Jae Park are hereby dismissed from this action without prejudice.  This case is to remain open and will proceed with respect to the remaining defendant, Robert J. Gabbay.

Dated: November 16, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.consent\johnson1337.dism

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01337-DAD - 1