SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Sung Kyun Park, et al,<br><br>    Defendants. | Case No. **2:11-cv-01337-DAD**<br><br>**ORDER** |

Pursuant to the stipulation filed by the parties on October 17, 2012, (Doc. No. 40), IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Dated: October 18, 2012

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\johnson1337.stip.dism.doc

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-01337-DAD- 1